**IN THE SUPREME COURT OF PENNSYLVANIA**
**WESTERN DISTRICT**

| | | |
|---|---|---|
| VICTOR KEENAN LEMMONS, JR., | : | No. 105 WM 2019 |
| Petitioner | : | |
| v. | : | |
| JACK DANERI, ESQ., | : | |
| Respondent | : | |

## ORDER

**PER CURIAM**

    **AND NOW**, this 31st day of December, 2019, the "Application for Extraordinary Relief/Suspension of the Great Writ of Habeas Corpus" is DENIED.